(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Jarvis D. Isabell

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jane Doe & John Doe

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Isabell, Jarvis D.
_____
Name (Last, First, MI)                                    Aliases

385787
_____
Prisoner ID #

James T. Vaughn Correctional Center
_____
Place of Detention

1181 Paddock Rd
_____
Institutional Address

Kent, Smyrna          DE          19977
_____
County, City              State          Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    DOG JANG
Name (Last/First)

PRACTITIONER
Current Job Title

1181 Paddock Road
Current Work Address

Kent Smyena     De.     19477
County, City     State     Zip Code


Defendant 2:    DOE, John
Name (Last, First)

PRACTITIONER
Current Job Title

1181 Paddock Road
Current Work Address

Kent Smyena     De.     19977
County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City                    State            Zip Code


Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City                    State            Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# V.    STATEMENT OF CLAIM

Place(s) of occurrence:  (JTVCC) James T. Vaughn Correctional Center

Date(s) of occurrence:  2019 - Present

State which of your federal constitutional or federal statutory rights have been violated:

Delaware

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

In 2019, I was playing basketball & I injured my (L) Shoulder. I fought the prison system for 2 years before they would send me to an outside doctor to get an MRI. They, the doctors here at the prison have tried every remedy from medication to physical therapy and nothing is helping me. I've been in pain since 2019 and it's getting worse.

What happened to you?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

The doctors here tried various medications and
nothing is helping me. And now they aren't doing
anything except for giving me the run around. They just
gave me a sling for my arm on 3-2-22. They
scheduled me to see an orthopedic back in January 2022.
& I have yet to see the doctor yet. They also around the
same time scheduled me for physical therapy & I still
haven't came or seen the therapist yet.

| Who did what? |

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

~~No~~ Just the medical staff & Administration

> [!info]
> Was anyone else involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☒ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?  ☒ Yes   ☒ No
    If no, explain why not:
Because, I havent signed off on the grievance process yet, because nothing has been done.

_____

_____

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

To uphold my complaint & grant my demand R

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII.   PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes   ☒ No

      If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-9-22
Dated

Plaintiff's Signature

Isaball, Jarvis D.
Printed Name (Last, First, MI)

385787
Prison Identification #

1181 Paddock Road      Smyrna      De      19977
Prison Address      City      State      Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**